after joinder of issue the right to same was waived. The ramifications of this litigation strikingly illustrate the wisdom of the rule that the entire controversy should be disposed of at one trial of the equity action and thus avoid the expense and annoyance of several trials. The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Finch, P. J., concurs.

CLARA STERN and Others, Respondents, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. SUTTON, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIAN RIVERRA, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN SPIES, Appellant, Respondent, v. WALTER ENGEL, Respondent, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide the event. The verdict is clearly a compromise verdict. If the defendant is liable for damages the amount allowed is inadequate. If the defendant is not liable there should be a judgment for the defendant. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. McROBERTS and Others, Appellants, v. NATIONAL DRY DOCK & REPAIR CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH B. VANDERKLOOT, Respondent, v. C. STANLEY REINHART and Others, Appellants.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRIEDA SCHAFFRAN, Respondent, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HERMAN FALKENSTEIN, INC., Respondent, v. MARY E. COUNSELMAN, as Executrix, etc., of CHARLES COUNSELMAN, Deceased, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman JJ.

GRACE W. PARKS, Respondent, v. GEORGE F. BAYLE, SR., and Others, Defendants, Impleaded with FIRST NATIONAL BANK OF GLENS FALLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GRACE W. PARKS, Respondent, v. GEORGE F. BAYLE, SR., and Others, Appellants, Impleaded with Another.— Order modified by changing the place of trial from Albany county to Saratoga county, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEAVITT J. HUNT and Another, as Executors, etc., of JOSEPH HOWLAND HUNT, Deceased, and MAZIE E. HUNT, Individually, Respondents, v. VELMA GLENN HODGES LANEHART and Another, Defendants, Impleaded with HARTUNE MICHAEL-